**No. 64123.**—Brammer Vee Link Belting, Inc. *v.* United States, protest 59/18775 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of iron or steel rivets the same as those the subject of *Brammer Vee Link Belting, Inc.* v. *United States* (40 Cust. Ct. 1, C.D. 1947), the claim of the plaintiff was sustained.

**No. 64124.**—Borneo Sumatra Trading Co., Inc. *v.* United States, protests 59/17485(B) and 59/17485(C) (Los Angeles).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 64125.**—Williams, Clarke Co. *v.* United States, protest 59/18009 (Los Angeles).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 64126.**—Taylor Friedsam Co., Inc. *v.* United States, protests 58/16532 and 58/17243 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of jacquard ribbon similar in all material respects to that the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, APRIL 28, 1960

**No. 64127.**—Chester K. Stoner *v.* United States, protests 59/19119, etc. (Philadelphia).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.